```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
              -v-                                                       :    16-CR-439-04 (PAE)
                                                                        :
JOE ORTIZ,                                                              :    SCHEDULING ORDER
                                                                        :
                           Defendant.                                   :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

      The Court requests the Clerk of Court strike Docket Number 79 from the docket in this case and remove the entry entirely.

      SO ORDERED.

Dated: June 26, 2020
       New York, New York

                                     PAUL A. ENGELMAYER
                                     United States District Judge